UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD BUI and OPERTURE INC., a Nevada Corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY; SPECIALIZED LOAN SERVICING LLC, a Colorado Limited Liability Company' SABLES LLC, a Nevada Limited Liability Company; DOES 1 through 20,<br><br>　　　　Defendants. | Case No. 2:21-cv-01722-JCM-EJY<br><br>**ORDER** |

　　　　Pending before the Court is the Motion to Withdraw as Attorney of Record (ECF No. 4) filed by Plaintiffs' Counsel. Also now pending is Defendants' Motion and Proposed Order to Extend Time to Answer or Otherwise Respond to Plaintiffs' Complaint. ECF No. 5. In Defendants' Motion Defendants state: "On September 22, 2021, counsel o[f] record for Plaintiffs advised Defendants' counsel that they have successfully contacted Mr. Bui and he had stated his intention to immediately take over managing Plaintiffs' claims in action pending the Court's ruling on the Motion to Withdraw as Attorneys of Record." *Id*. at 2 ¶ 8. Based on Defendants' representation and the content of the Motion to Withdraw as Attorney of Record, the Court finds there is no reason to delay ruling on the Motion to Withdraw.

　　　　Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw as Attorney of Record (ECF No. 4) is GRANTED.

　　　　IT IS FURTHER ORDERED that Plaintiffs shall file a Response to Defendants' Motion and Proposed Order to Extend Time to Answer or Otherwise Respond to Plaintiffs' Complaint no later than **September 30, 2021** explaining the basis for Plaintiffs' objection to the extension of time requested by Defendants.

1    IT IS FURTHER ORDERED that the due date for Defendants' responsive pleading to Plaintiffs' Complaint is stayed pending further order of the Court.

IT IS FURTHER ORDERED that present counsel for Plaintiffs shall serve a copy of this Order by email (if one is available) and overnight delivery to the last known address for each Plaintiff.

Dated this 23rd day of September, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE