UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD BUI and OPERTURE INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY; SPECIALIZED LOAN SERVICING LLC, a Colorado Limited Liability Company' SABLES LLC, a Nevada Limited Liability Company; DOES 1 through 20,<br><br>Defendants. | Case No. 2:21-cv-01772-JCM-EJY<br><br>**ORDER** |

Pending before the Court is Defendants' Motion and Proposed Order to Extend Time to Answer or Otherwise Respond to Plaintiffs' Complaint. ECF No. 5.

On September 23, 2021, the Court entered an Order stating in pertinent part that: "Plaintiffs shall file a Response to Defendants' Motion and Proposed Order to Extend Time to Answer or Otherwise Respond to Plaintiffs' Complaint no later than September 30, 2021 explaining the basis for Plaintiffs' objection to the extension of time requested by Defendants." ECF No. 6. As of the date of this Order, Plaintiffs have not responded to the Motion or the Court's Order. In the absence of an opposition, the Court may treat Plaintiffs' silence as consent to Defendants' Motion. LR 7-2(d).

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion to Extend Time to Answer or Otherwise Respond to Plaintiffs' Complaint (ECF No. 5) is GRANTED.

IT IS FURTHER ORDERED that Defendants' responsive pleading to Plaintiffs' Complaint must be filed no later than October 25, 2021.

1    IT IS FURTHER ORDERED that Defendants shall ensure a copy of this Order is mailed
2 (and, if available, emailed) to the last known addresses for Plaintiffs.  Proof of service shall be filed
3 by Defendants.
4    Dated this 4th day of October, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE