JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
JERRELL L. BERRIOS, ESQ.
Nevada Bar No. 15504
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135
Tel:   (702) 792-3773
Fax:   (702) 792-9002
Email: bundickj@gtlaw.com
         hoguem@gtlaw.com
         berriosj@gtlaw.com

*Attorneys for Defendants Specialized Loan Servicing LLC and Deutsche Bank National Trust Company*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD BUI and OPERTURE INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY; SPECIALIZED LOAN SERVICING LLC, a Colorado Limited Liability Company; SABLES LLC, a Nevada Limited Liability Company; DOES 1 through 20,<br><br>Defendants. | Case No.  2:21-cv-01722-JCM-EJY<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), LR IA 6-2, and LR 7-1, Plaintiffs Edward Bui ("Bui") and Operture Inc. ("Operture," or referred to together with Bui as "Plaintiffs"), appearing pro se, and Defendants Deutsche Bank National Trust Company ("DBNTC") and Specialized Loan Serving LLC ("SLS," or referred to together with DBNTC as "Defendants"), by and through their counsel, the law firm of Greenberg Traurig, LLP, having reached an agreement to resolve all outstanding issues among them, and hereby stipulate to DISMISS the above-captioned matter WITH PREJUDICE, with each party to bear its own respective costs, expenses, and attorneys' fees in

ACTIVE 60932939v1

connection with the above-captioned matter. In further support of this Stipulation, the Parties state as follows:

1. Plaintiffs filed a Complaint ("Complaint") against Defendants in the Eighth Judicial District Court for the State of Nevada in the above-captioned action on June 29, 2021. Plaintiffs alleged that the Defendants wrongfully exerted claim over Plaintiffs' personal property following the extinguishment of Plaintiffs' alleged real property interest in March 2018 through a quiet title action and a subsequent foreclosure sale of 5330 E. Charleston Boulevard, Unit 78, Las Vegas, Nevada 89142 (the "Property"). Complaint, ¶ 30. Plaintiffs asserted claims for conversion, violation of NRS 487.038 and 706.4477, and unjust enrichment. Complaint, ¶¶ 26-47.

2. Plaintiffs served the Complaint on SLS on August 18, 2021.

3. Plaintiffs filed an Affidavit of Attempts to serve DBNTC on August 16, 2021 but did not complete service of process prior to removal of the action to this Court and did not effectuate service of process through alternative means.

4. Plaintiffs voluntarily dismissed Defendant SABLES LLC on August 19, 2021.

5. On September 17, 2021, Defendants removed the matter to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

6. On September 23, 2021, Plaintiffs' counsel withdrew as counsel of record.

7. Currently pending before this Court is Defendants' Motion to Dismiss Plaintiffs' Complaint with Prejudice filed on October 25, 2021.

8. Following communications and discussions between Defendants' counsel and Bui, Bui admitted it would be inappropriate for him to move forward with this action given the underlying facts, including those identified in the Motion to Dismiss, and asked to dismiss the case.

9. Given the claims in the Complaint and the arguments raised in the Motion to Dismiss, Defendants explained they would only stipulate to dismiss with prejudice. Defendants' Counsel thoroughly explained the consequences of voluntarily dismissing the action with prejudice, including that Bui could not bring the same claims in the future, and Bui acknowledged his understanding of the procedural and substantive consequences of a dismiss with prejudice.

10. The Parties subsequently agreed it would be in the interest of justice and the conservation of party and judicial resources to dismiss the Complaint with prejudice.

THEREFORE the Parties hereby stipulate to DISMISS the above-captioned matter WITH PREJUDICE. The Parties further stipulate each party shall bear its own respective costs, expenses and attorneys' fees in connection with the above-captioned matter.

DATED this 8th day of November, 2021

IT IS SO STIPULATED.

DATED this 8th day of November, 2021.

GREENBERG TRAURIG, LLP

By: /s/ Michael R. Hogue
    Jacob D. Bundick, Esq. (NSB 9772)
    Michael R. Hogue, Esq. (NSB 12400)
    Jerrell L. Berrios, Esq. (NSB 15504)
    10845 Griffith Peak Drive, Suite 600
    Las Vegas, Nevada 89135

*Counsel for Specialized Loan Servicing LLC and Deutsche Bank National Trust Company*

DATED this 8th day of November, 2021.

By: _____
    Edward Bui

*Appearing Pro Se*

DATED this 8th day of November, 2021.

By: _____
    Operture, Inc.
        By: Edward Bui, authorized signatory

*Appearing Pro Se*

### ORDER

Based upon the above and foregoing,

**IT IS SO ORDERED.**

DATED November 10, 2021.

_____
UNITED STATES DISTRICT JUDGE

- 3 -

- 4 -

1
2
3
4
5
6

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2021, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

7
8
9

/s/Andrea Flintz
An employee of Greenberg Traurig, LLP

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -

ACTIVE 60932939v1